# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rice, David E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of MD | 3. Date of Report<br><br>5/2/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

101 W. Lombard Street
Chambers 9636
Baltimore, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Venable LLP, position ended March 31, 2011. Took Office with Court on April 1, 2011. |
| 2. | President | Egenton Home, Inc. |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Venable LLP Partnership Agreement/Retirement Plan with Former Law Firm |
| 2. | 1989 | Venable LLP 401(k) Retirement Plan with Former Law Firm and Charles Schwab Corp. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 5/2/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Venable LLP (Law Practice) | $56,000.00 |
| 2. | 2011 | Venable LLP (Retirement) | $263,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Baltimore Actors Theater Conservatory/teacher's salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar Association for the District of Maryland | 5/5-5/6-2011 | Annapolis, MD | Seminar | Meals, hotel |
| 2. | Virginia CLE | 9/22-9/23-2011 | Charlottesville, VA | Seminar | Meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Dept. of Education | Student loans | K |
| 2. PNC Bank | Loan secured by Venable capital account | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | C | Interest | N | T | | | | | |
| 2. Pentagon FCU Account | A | Interest | J | T | | | | | |
| 3. APG FCU Account | A | Interest | J | T | | | | | |
| 4. USAA Federal Accounts | B | Interest | K | T | | | | | |
| 5. New Perspective Mutual Fund | B | Dividend | K | T | | | | | |
| 6. McCormick Common (MKC) | B | Dividend | K | T | | | | | |
| 7. PNC Bank IRA's CD's | A | Interest | K | T | | | | | |
| 8. TD Ameritrade Account | A | Interest | J | T | | | | | |
| 9. Brokerage Account #1 | | | | | | | | | |
| 10. Citibank deposit account | A | Interest | L | T | | | | | |
| 11. IBM Common (IBM) | A | Dividend | K | T | | | | | |
| 12. Invesco Van Kampen Comstock Fund (ACSTX) | A | Dividend | K | T | | | | | |
| 13. Cambiar Small Cap Fund (CAMSX) | A | Dividend | J | T | | | | | |
| 14. AllianceBernstein Small Cap Growth Fund (QUAYX) | A | Dividend | J | T | | | | | |
| 15. Columbia Select Large Cap Growth Fund (ELGAX) | A | Dividend | L | T | | | | | |
| 16. Dreyfus Emerging Markets Fund (DRFMX) | A | Dividend | K | T | | | | | |
| 17. Western Asset Money Market Fund (LMTXX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Tradewinds International Value Fund (NAIGX) | A | Dividend | J | T | | | | | |
| 19. Pimco Foreign Bond Fund (PFOAX) | A | Dividend | J | T | Buy | 10/07/11 | J | | |
| 20. Pimco Total Return Fund (PTTDX) | B | Dividend | L | T | Buy | 10/07/11 | K | | |
| 21. IRA #1 | D | Dividend | N | T | | | | | |
| 22. Dreyfus Liquid Assets Inc. | | | | | | | | | |
| 23. Vanguard Mid-Cap Value Index Fund (VOE) | | | | | | | | | |
| 24. Cambiar Opportunity Fund (CAMWX) | | | | | | | | | |
| 25. Blackrock Inflation Protected Bond Portfolio (BPRIX) | | | | | | | | | |
| 26. Cohen and Steers Realty Shares Fund (CSRSX) | | | | | | | | | |
| 27. Franklin Templeton Total Return Fund (FBDAX) | | | | | Buy | 10/24/11 | J | | |
| 28. Godman Sachs Absolute Return Fund (GJRTX) | | | | | | | | | |
| 29. Ivy Mid Cap Growth Fund (IYMIX) | | | | | | | | | |
| 30. Janus Overseas Fund (JIGFX) | | | | | Buy | 10/24/11 | J | | |
| 31. Janus Overseas Fund (JIGFX) | | | | | Buy | 12/21/11 | J | | |
| 32. JPMorgan Dynamic Small Cap Growth Fund (JDSCX) | | | | | | | | | |
| 33. Mainstay Large Cap Growth Fund (MLAIX) | | | | | | | | | |
| 34. Pimco Emerging Local Bond Fund (PELPX) | | | | | Buy | 10/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Commodity Real Return Strategy Fund (PCRPX) | | | | | | | | | |
| 36. Royce Premier Fund (RYPRX) | | | | | | | | | |
| 37. RydexSGIManFutStrat FD(now Guggenheim ManFutStratFD (RYMFX) | | | | | | | | | |
| 38. Templeton Global Bond Fund (TGBAX) | | | | | | | | | |
| 39. Wells Fargo Adv Em Markets Growth Fund (EMGYX) | | | | | | | | | |
| 40. IRA #2 | B | Interest | M | T | | | | | |
| 41. Citibank deposit account (X) | | | | | Open | 12/13/11 | L | | |
| 42. Bank of Baroda (CD) (Y) | | | | | Matured | 12/12/11 | K | | |
| 43. GE Money Bank (CD) | | | | | | | | | |
| 44. Ally Bank (CD) | | | | | | | | | |
| 45. CIT Bank (CD) | | | | | | | | | |
| 46. Trust #1 | C | Int./Div. | M | T | | | | | |
| 47. Sterling Bank deposit account (now Comerica Bank) | | | | | | | | | |
| 48. MBIA Bond | | | | | | | | | |
| 49. Duke Energy Common (DUK) | | | | | | | | | |
| 50. Frontier Comm Common (FTR) | | | | | | | | | |
| 51. Spectra Energy Common (SE) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | American High Income Trust CL A Fund (AHITX) | | | | | | | | | |
| 53. | Calamos Growth & Income Fund B (CVTYX) | | | | | | | | | |
| 54. | Capital Income Builder Fund A (CAIBX) | | | | | | | | | |
| 55. | Oppenheimer Rochester Natl Mun A Fund (ORNAX) | | | | | | | | | |
| 56. | Oppenheimer SR Floating Rate A Fund (OOSAX) | | | | | | | | | |
| 57. | Washington Mutual Invs FDCLA Fund (AWSHX) | | | | | | | | | |
| 58. | Kinder Morgan Energy Partners (KMP) | | | | | | | | | |
| 59. | Trust #2 Terminated 12/31/11 (Y) | A | Interest | J | T | | | | | |
| 60. | PNC Bank Account Closed (Y) | | | | | | | | | |
| 61. | Morgan Stanley Account Closed (Y) | | | | | | | | | |
| 62. | Trust #3 Terminated 12/31/11(Y) | A | Interest | J | T | | | | | |
| 63. | PNC Bank Account Closed (Y) | | | | | | | | | |
| 64. | Morgan Stanley Account Closed (Y) | | | | | | | | | |
| 65. | Mineral Rights, Dimmit County, TX | E | Royalty | K | W | | | | | |
| 66. | Mineral Rights, Canadian County, OK | D | Royalty | K | W | | | | | |
| 67. | Mineral Rights, Franklin County, AR | | None | K | W | | | | | |
| 68. | Mineral Rights, Lincoln County, OK | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 5/2/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mineral Rights, Pontotoc County, OK | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 5/2/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544